UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHUR TALIPOV,<br>　　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>THOMAS DECKER, et al,<br>　　　　　　　　Defendants. | 21-CV-470 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　At the request of the parties, this case is hereby transferred to the United States District Court for the District of New Jersey. The seven-day period provided in Local Rule 83.1 is waived, and the Clerk of Court is directed to effectuate the transfer forthwith.

　　SO ORDERED.

Dated: February 11, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge